IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **RODNEY KIRK JOYCE,** | ) | CASE NO. 7:13CV00062 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | |
| **TAZEWELL COUNTY REGIONAL JAIL,** | ) | By:  Glen E. Conrad |
| | ) | Chief United States District Judge |
| **Defendant.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous, and this action is stricken from the active docket of the court.

ENTER:  This 3rd day of April, 2013.

 /s/  Glen E. Conrad
Chief United States District Judge